UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYNTEC INC., and TYNTEC GROUP LTD.,

    Plaintiffs,

v.                                                       CASE NO.  8:17-cv-591-T-26MAP

SYNIVERSE TECHNOLOGIES, LLC,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the parties' Joint Consent Motion for Entry of Order (Dkt. 34) is **granted in part and denied in part**.  The Court grants the motion only to the extent that Defendant shall file its response to the Plaintiff's Motion for Preliminary Injunction on or before **March 31, 2017**, limited to twenty-five (25) pages.  Defendant shall also file its response to Plaintiff's complaint on or before **March 31, 2017.**  Should the response consist of a motion to dismiss, Plaintiff shall file its response within the time required by Local Rule 3.01(b).  Due to the fact that this Court is committed to conducting a jury trial commencing on Monday, April 3, 2017, which is projected to last approximately three (3) weeks, the parties should not expect to have a hearing on Plaintiff's motion for preliminary injunction prior to April 7, 2017.  Moreover, under Local Rule 3.01(j), "[m]otions and other applications will ordinarily be determined by the Court on the basis of the motion papers and briefs or legal memoranda[.]"

    **DONE AND ORDERED** at Tampa, Florida, on March 28, 2017.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record